No. 05–5906. CARTER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5910. BONNER ET UX. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5911. AUDAIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5912. ADDISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5918. MUHAMMAD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5920. BERNAL-CERON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5921. BOWERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5922. ARQUIMEDES-PORTILLO v. UNITED STATES; MARTINEZ-SALDANA v. UNITED STATES; MEDINA-HUITRON v. UNITED STATES; MELENDEZ-MONTOYA v. UNITED STATES; ROSALES v. UNITED STATES; and CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5923. PALACIOS-FRAUSTO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5925. MARTIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5927. JENKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5928. LORK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5930. MONTALVO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5932. JORGE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.